From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. ELMER STEWARD, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of five years, imposed on November 22, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence to reduce what appears to be a modest sentence in the light of the nature of the offense committed.

DATED this 27th day of June, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Twelfth Judicial District. County of Hill.

STATE OF MONTANA, Plaintiff, vs. ALBERT JAY TOOKER, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 40 years, imposed on October 21, 1963, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence in the opinion of this Board to warrant any reduction of sentence heretofore imposed.

DATED this 27th day of June, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.